## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

JASON P. KOLLOCK, LEAD PETITIONER : No. 51 MM 2018
AND ALL OTHERS SIMILARLY :
SITUATED, :
: 
Petitioners :
:
:
:
v. :
:
:
BRUCE R. BEEMER, ATTORNEY :
GENERAL OF THE COMMONWEALTH :
OF PENNSYLVANIA JOHN E. WETZEL, :
SECRETARY, PA DEPT. OF :
CORRECTIONS, SHIRLEY MOORE- :
SMEAL, EXEC. DEPUTY SEC. PA-DOC :
STEVEN GLUNT, DEPUTY SEC. W.D., :
PA-DOC THERON R. PEREZ, ESQ., :
CHIEF COUNSEL, PA-DOC JOHN E. :
TUTTLE, ACTING CHAIR OF THE :
BOARD, PBPP ALAN ROBINSON, CHIEF :
COUNSEL, PBPP MEGHAN M. DADE, :
EXEC. DIR. S.O.A.B., PBPP, :
:
Respondents :
:
:
:

## ORDER

**PER CURIAM**

     **AND NOW**, this 27th day of April, 2018, the Petition for Leave to File Appeal *Nunc Pro Tunc* is DENIED.